# EXHIBIT A



Send Payment/Correspondence to:
MRS Associates of New Jersey
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
800-949-3249

Office Hours :
Monday - Thursday    9am - 9pm ET
Friday                            9am - 5pm ET

CURRENT CREDITOR: CROWN ASSET MANAGEMENT LLC
ORIGINAL CREDITOR: COMENITY CAPITAL BANK
MRS ACCT#: LU1.**7900679**
ORIGINAL CREDITOR ACCT#: xxxx9578
CURRENT CREDITOR ACCT#: xxxx6353
Total Balance:  $384.70
Charge off Date : 12/16/2010

September 4, 2018

Dear FATIN HALLOWAY,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options to resolve your balance. We are not obligated to renew this offer.

Option 1: A monthly payment plan on the full balance of the account.

Option 2: You pay $273.14 in ONE PAYMENT to be received in this office on or before 09/18/2018.

Option 3: You make TWO PAYMENTS of $155.81 each. The first payment to be received in this office on or before 09/18/2018 and the second payment on or before 10/15/2018.

Payment may be made by calling 800-949-3249, mailing to the above address or by using our online payment website at https://mrspay.webview.com (internet connection required).

When you call please let our representative know that you have received the CROWN ASSET MANAGEMENT LLC Option Letter.

Sincerely,

MRS Associates of New Jersey
800-949-3249
MRS Associates of New Jersey is a trade name of MRS BPO, L.L.C.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

STL002DB

1397